

U.S. Department of Justice

United States Attorney
Eastern District of New York

WK:JOE
F. #2022R00502

271 Cadman Plaza East
Brooklyn, New York 11201

November 10, 2022

By ECF

The Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
275 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Andrew Pagan
Criminal Docket No. 22-500 (NM)

Dear Judge Scanlon:

The government respectfully submits this letter to request that Your Honor vacate the detention order entered yesterday in this matter. The Andrew Pagan removed from New York State custody and arraigned by Your Honor yesterday is not the Andrew Pagan who is the subject of the government's indictment. ECF No. 1.

The correct Andrew Pagan has been arrested and will be presented for his arraignment this afternoon.

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/
John O. Enright
Assistant U.S. Attorney
(718) 254-6203

c.c.: Benjamin Yaster, Esq.

*Handwritten annotation:* The order that refers to Andrew Pagan NYSID 11638463J is vacated. VM Scanlon USMJ 11/10/22